# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**OFFICE OF THE CLERK**
U.S.P.O. & COURTHOUSE
NEWARK, NEW JERSEY 07101

**CAMDEN OFFICE**
1 JOHN F. GERRY PLAZA
4TH & COOPER STREETS
CAMDEN, NJ 08101

WILLIAM T. WALSH

CLERK

November 24, 2003

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 0860

REPLY TO:  **TRENTON**

Tony Anastas, Clerk
U.S. District Court
for the Southern District of Massachusetts
1 Courthouse Way
Boston, MA 02210

03-12424 PBS

Re: MICRO-STAMPING CORP. V. INTEGEN, INC., ET AL.
    Civil No. 02-4265(AET)

MAGISTRATE JUDGE

Dear Mr. Anastas

Enclosed please find the file in the above captioned matter which was transferred to your district pursuant to an Order of the Honorable Anne E. Thompson, U.S. District Judge filed on November 24, 2003, a certified copy of the docket entries in this district.

Kindly acknowledge receipt of the above on the enclosed copy of this letter and return in the envelope provided. Thank you for your anticipated cooperation.

Sincerely,

WILLIAM T. WALSH, CLERK

BY: *Simone Gillespie*
Simone Gillespie
Deputy Clerk

cc:  All Counsel of Record
     File