UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Micro-Stamping Corporation
                Plaintiff,                      CIVIL ACTION
                                                        NO.   03-12424-PBS

      v.

Integen, Inc., et al
                Defendants.

### NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                   December 8, 2003

      TAKE NOTICE that the above-entitled case has been set for a Status Conference on **January 20, 2004**, at **3:30 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                                  By the Court,


                                                                                  _s/ Robert C. Alba_
                                                                                   Deputy Clerk


Copies to:  All Counsel