UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICRO-STAMPING CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTEGEN, INC., SECURITY SOURCE, INC., )<br>AND AUER PRECISION STAMPING, INC., )<br>)<br>Defendants. )<br>) | FILED<br>CLERK'S OFFICE<br><br>2003 DEC 17 A 10: 32<br><br>CIVIL NO. 1:03-CV-12424-PBS<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

### NOTICE OF APPEARANCE, WITHDRAWAL, AND SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT SECURITY SOURCE, INC.

Under D. Mass. L.R. 83.5.2, H. Joseph Hameline and Patrick T. Clendenen, of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enter their appearances on behalf of Defendant Security Source, Inc. Peter O. Hughes, of Stanton, Hughes, Diana, Cerra, Mariani & Margello, P.C. and Steven M. Bauer and John T. McCarthy, of Testa, Hurwitz & Thibeault, LLP hereby withdraw their appearances on behalf of Defendant Security Source, Inc.

This appearance, withdrawal, and substitution of counsel noticed by Defendant Security Source, Inc. will not delay or impede the progress of this matter in this Court. No motions are pending, and no trial date has been set. A status conference has been scheduled in this matter, which was recently transferred from the United States District Court for the District of New Jersey, on January 20, 2004 at 3:30 p.m.

Respectfully submitted,

SECURITY SOURCE, INC.

_____
H. Joseph Hameline, BBO# 218710
Patrick T. Clendenen, BBO# 564165
Mintz, Levin, Cohn, Ferris, Glovksy
 and Popeo, P.C.
One Financial Center
Boston, MA 02111
617-542-6000


_____
Peter O. Hughes
Stanton, Hughes, Diana, Cerra, Mariani
 & Margello, P.C.
10 Madison Avenue, Suite 402
Morristown, NJ 07960
973-656-1600


_____
Steven M. Bauer, BBO# 540031
John T. McCarthy, BBO# 641406
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
617-248-7662

Dated: December 16, 2003

LIT 1434557v1

CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of December 2003, I caused the foregoing *Notice of Appearance, Withdrawal, and Substitution of Counsel on Behalf of Defendant Security Source, Inc.* to be served by U.S. Mail delivery on the following:

Gavin J. Rooney, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Robert G. Alencewicz, Esq.
Hack Piro O'Day Merklinge
  Wallace & McKenna
30 Columbia Turnpike
P.O. Box 941
Florham Park, NJ 07932-0941

John H. Perten, Esq.
Bowditch & Dewey LLP
161 Worcester Road
P.O. Box 9320
Framingham, MA 01701-9320

Brian T. Must, Esq.
Metz Lewis LLC
11 Stanwix Street
18th Floor
Pittsburgh, PA 15222

Peter O. Hughes, Esq.
Stanton, Hughes, Diana, Cerra
  Mariani & Margello, P.C.
10 Madison Avenue, Suite 402
Morristown, NJ 07960

John T. McCarthy, Esq.
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110-2704

_____
Patrick T. Clendenen