# LOWENSTEIN SANDLER PC

*Attorneys at Law*

GAVIN J. ROONEY
*Member of the Firm*

Tel  973.597.2472  Fax  973.59'' 2473
grooney@lowenst .n.com

January 8, 2004

**VIA FACSIMILE AND FIRST CLASS MAIL**

The Honorable Patti B. Saris, U.S.D.J.
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

Re:    Micro Stamping Corporation v. Integen, Inc. et al.
        Civil Action No. 03-12424-PBS

Dear Judge Saris:

This firm represents plaintiff Micro Stamping Corporation in the above-referenced matter. We write with the consent of counsel for each defendant to request that the status conference scheduled for January 20, 2004 at 3:30 p.m. be briefly adjourned to accommodate a scheduling conflict that we have. This is the first request for such an adjournment.

We thank you for your consideration of this request.

Respectfully submitted,

Gavin J. Rooney

11542/12
01/08/04 1495195.01

cc:    John Perten, Esq. (via facsimile)
        Patrick T. Clendenen, Esq. (via facsimile)
        Brian Must, Esq. (via facsimile)

*[Handwritten note:]* 1-9-04 SARIS, D.J.: REQUEST FOR ADJOURNMENT IS ALLOWED. A STATUS CONFERENCE IS TO BE SCHEDULED BY MAGISTRATE JUDGE ALEXANDER TO WHOM THIS CASE WAS REFERRED FOR PRETRIAL CASE MANAGEMENT.

BY THE COURT,

DEPUTY CLERK

65 Livingston Avenue  |  Roseland New Jersey 07068-1791  |  **LS**  |  Telephone 973.597.2500  Fax 973.597.2400  |  www.lowenstein.com

# LOWENSTEIN SANDLER PC

*Attorneys at Law*

65 Livingston Avenue
Roseland, NJ
07068-1791



Tel 973.597.2500
Fax 973.597.2400
www.lowenstein.com

## FACSIMILE COVER SHEET

FROM: **Gavin J. Rooney**  Date  1/8/04

TEL:  **973.597.2472**  FAX:  **973.597.2473**  E-MAIL:  grooney@lowenstein.com

TO: **The Honorable Patti B. Saris, U.S.D.J.**  FACSIMILE NO.: **617-748-9096**
VOICE NO.:

TO: **John H. Perten, Esq.**  FACSIMILE NO.: **508-872-1492**
VOICE NO.: 508-879-5700

TO: **Brian Must, Esq.**  FACSIMILE NO.: **412-918-1199**
VOICE NO.: 412-914-1199

TO: **Patrick T. Clendenen, Esq.**  FACSIMILE NO.: **617-542-2241**
VOICE NO.: 617-348-1651; 617-542-6000

TO:  FACSIMILE NO.:
VOICE NO.:

TO:  FACSIMILE NO.:
VOICE NO.:

TOTAL PAGES (WITH COVER)  **2**  CLIENT ID/MATTER #:  **11542/12**

**If you have any trouble with this transmittal, please call 973.597.2500 ext.**

This facsimile contains Privileged and Confidential information. If you are not the intended recipient, dissemination of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to the above address. We will reimburse you for all expenses incurred. Thank You.

11542/12
01/08/2004 1495238.01