# LOWENSTEIN SANDLER PC
*Attorneys at Law*

GAVIN J. ROONEY
*Member of the Firm*

Tel 973.597.2472  Fax 973.597.2473
grooney@lowenstein.com

January 8, 2004

**VIA FACSIMILE AND FIRST CLASS MAIL**

The Honorable Patti B. Saris, U.S.D.J.
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

Re: Micro Stamping Corporation v. Integen, Inc. et al.
Civil Action No. 03-12424-PBS

Dear Judge Saris:

This firm represents plaintiff Micro Stamping Corporation in the above-referenced matter. We write with the consent of counsel for each defendant to request that the status conference scheduled for January 20, 2004 at 3:30 p.m. be briefly adjourned to accommodate a scheduling conflict that we have. This is the first request for such an adjournment.

We thank you for your consideration of this request.

Respectfully submitted,

Gavin J. Rooney

11542/12
01/08/04 1495195.01

cc: John Perten, Esq. (via facsimile)
Patrick T. Clendenen, Esq. (via facsimile)
Brian Must, Esq. (via facsimile)