UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JAN 20 P 3: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MICRO-STAMPING CORPORATION, ) | |
| ) | Civil Action No.: 1:03-CV-12424-PBS |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | |
| INTEGEN, INC.; SECURITY SOURCE, ) | |
| INC.; and AUER PRECISION STAMPING,) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW OF APPEARANCE

Now comes, Robert G. Alencewicz, Esq. of Hack, Piro, O'Day, Merklinger, Wallace & McKenna, P.C and moves, pursuant to D. Mass. L.R. 83.5.2 (c), that he be permitted to withdraw his appearance on behalf of defendant Integen, Inc. In support of this motion, Movant states as follows:

1. This action was initially filed in the United States District Court for the District of New Jersey. On motion by defendant Integen, Inc., this action was recently transferred to the District of Massachusetts.

2. Attorney Alencewicz has not been admitted to practice before the United States District Court for the District of Massachusetts and does not maintain an office in Massachusetts. A Notice of Appearance by John H. Perten of Bowditch & Dewey, LLP, who will act as substitute counsel for defendant Integen, Inc., is filed simultaneously herewith.

3. There are no motions pending before the Court, and a trial date has not been set. A scheduling conference has been scheduled in this matter for January 20, 2004 at 3:30 p.m.

4. Defendant Integen, Inc. has consented to this motion. No party will be prejudiced by allowance of this motion and these proceedings will not be delayed thereby.

WHEREFORE, Robert G. Alencewicz of the lawfirm of Hack, Piro, O'Day, Merklinger, Wallace & McKenna, P.C. respectfully request that he be permitted to withdraw his appearance on behalf of defendant Integen, Inc.

> INTEGEN, INC.
> By its attorneys,
>
> _____
> Robert G. Alencewicz, Esq.
> Hack, Piro, O'Day, Merklinger, Wallace &
> McKenna, P.C.
> 30 Columbia Turnpike
> P.O. Box 941
> Florham Park, NJ 07932-0941
> (973)301-6500

DATED: December 29, 2003



**Bowditch & Dewey**
ATTORNEYS

FILED
IN CLERKS OFFICE

2004 JAN 20  P 3: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

161 Worcester Road, P.O. Box 9320
Framingham, MA 01701-9320
Telephone: (508) 879-5700
Facsimile: (508) 872-1492

www.bowditch.com

*Bowditch & Dewey,* LLP

Direct telephone: (508) 416-2408
Direct facsimile: (508) 929-3037
Email: jperten@bowditch.com

January 16, 2004

Civil Clerk's Office
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Micro Stamping Corporation v. Integen, Inc., et als.
United States District Court Civil Action No.: 1:03-cv-12424-PBS

Dear Sir or Madam:

Enclosed for filing please find Motion to Withdraw as Counsel for Integen, Inc., filed by Attorney Robert Alencewicz as well as a Notice of Appearance on behalf of the undersigned. Please note that the motion recites that there is a status conference scheduled for January 20, 2004. Since the execution of the motion, however, the status conference has been continued and a new date has not yet been scheduled.

Thank you for your cooperation in this regard.

Very truly yours,

BOWDITCH & DEWEY, LLP

John H. Perten

JHP/sm
Enclosures

cc: Patrick T. Clendenen, Esq.
H. Joseph Hameline, Esq.
Robert G. Alencewicz, Esq.
Gavin J. Rooney, Esq.
John M. Smith, Esq.