UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JAN 20  P 3: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MICRO-STAMPING CORPORATION, | ) |
| Plaintiff, | ) Civil Action No.: 1:03-CV-12424-PBS |
| v. | ) |
| INTEGEN, INC.; SECURITY SOURCE, INC.; and AUER PRECISION STAMPING, INC., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Pursuant to D. Mass. L.R. 83.5.2, please enter the appearance of John H. Perten of Bowditch & Dewey, LLP on behalf of defendant Integen, Inc.

INTEGEN, INC.
By its attorneys,

_____
John H. Perten, BBO #548728
BOWDITCH & DEWEY, LLP
161 Worcester Road
Framingham, MA 01701
(508) 879-5700

DATED: January 16, 2004

{J:\CLIENTS\lit\300656\0001\F0256382.DOC;1}

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and accurate copies of MOTION TO WITHDRAW APPEARANCE and NOTICE OF APPEARANCE were served by first class mail, postage prepaid, to the following counsel of record:

Patrick T. Clendenen, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

And

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

And

Robert G. Alencewicz, Esq.
Hack, Piro, O'Day, Merklinger, Wallace & McKenna, PA
30 Columbia Turnpike
P.O. Box 941
Florham Park, NJ 07932

And

Gavin J. Rooney
Lowenstein Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068

And

John M. Smith
Metz Lewis, LLC
11 Stanwick Street, 18th Floor
Pittsburgh, PA 15222

_____
John H. Perten

Date: January 16, 2004

{J:\CLIENTS\lit\300656\0002\F0257442.DOC;1}