UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICRO-STAMPING CORPORATION
    Plaintiff

V.                                                                             CIVIL NO. 03-12424 PBS

INTEGEN, INC.
SECURITY SOURCE, INC.
AUER PRECISION STAMPING, INC.
    Defendants

NOTICE OF
STATUS CONFERENCE

ALEXANDER, U.S.M.J.

**PLEASE TAKE NOTICE** that the above-entitled action has been scheduled for a

**Status Conference** at **10:00 a.m.** on **Wednesday, February 3, 2004,** before Judge Joyce

London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way,

Boston, MA 02210.

                                            HONORABLE JOYCE LONDON ALEXANDER
                                            UNITED STATES MAGISTRATE JUDGE

                                            By the Court:

February 20, 2004                           /S/ Rex Brown
Date                                        Courtroom Clerk
                                            (617) 748-9238

Notice to:     Gavin J. Rooney, Esq.
                   *Via facsimile transmission*
                   **(973) 597-2473**
                   John H. Perten, Esq.
                   *Via electronic filing*
                   Robert Gregory Alencewicz, Esq.
                   *Via facsimile transmission*
                   **(973) 301-0094**
                   H. Joseph Hameline, Esq.
                   *Via electronic filing*

Patrick T. Clendenen, Esq.
*Via electronic filing*
Peter O. Hughes, Esq.
*Via electronic filing*
John M. Smith, Esq.
*Via facsimile transmission*
**(412) 918-1199**