UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICRO-STAMPING CORPORATION
    Plaintiff

   V.                                          CIVIL NO. 03-12424 PBS

INTEGEN, INC.
SECURITY SOURCE, INC.
AUER PRECISION STAMPING, INC.
    Defendants

AMENDED NOTICE OF
STATUS CONFERENCE

ALEXANDER, U.S.M.J.

**PLEASE TAKE NOTICE** that the above-entitled action has been scheduled for a **Status Conference** at **10:00 a.m.** on **Wednesday, March 3, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                                        HONORABLE JOYCE LONDON ALEXANDER
                                        UNITED STATES MAGISTRATE JUDGE

                                        By the Court:

February 20, 2004                       /S/ Rex Brown
Date                                    Courtroom Clerk
                                        (617) 748-9238

Notice to:    Gavin J. Rooney, Esq.
               *Via facsimile transmission*
               **(973) 597-2473**
               John H. Perten, Esq.
               *Via electronic filing*
               Robert Gregory Alencewicz, Esq.
               *Via facsimile transmission*
               **(973) 301-0094**
               H. Joseph Hameline, Esq.
               *Via electronic filing*

    Patrick T. Clendenen, Esq.
*Via electronic filing*
Peter O. Hughes, Esq.
*Via electronic filing*
John M. Smith, Esq.
*Via facsimile transmission*
**(412) 918-1199**