# LOWENSTEIN SANDLER PC
*Attorneys at Law*

GAVIN J. ROONEY  
Member of the Firm

Tel 973.597.2472  Fax 973.597.2473  
grooney@lowenstein.com

February 20, 2004

VIA FACSIMILE (617.748.4584)

Chambers of the Honorable Joyce London Alexander, U.S.M.J.  
United States District Court  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, MA 02210

RECEIVED  
Judge Alexander's Chambers  
FEB 24

Attn.: Mr. Rex Brown

Re:   Micro Stamping Corporation v. Integen, et al.  
      Civil Action No. 03-12424 (PBS)

Dear Mr. Brown:

This firm represents plaintiff in the above-captioned matter. As we discussed earlier today, the parties have reached an agreement in principle to settle this matter, which is awaiting final documentation in the form of a settlement agreement. Accordingly, plaintiff requests that the Court enter a 60-day order with respect to this settlement, and adjourn the March 3, 2004 status conference without date.

Respectfully submitted,

Gavin J. Rooney

GJR:ah  
11542/12  
02/20/04 1514840.01

cc:   John H. Perten, Esq. (via telecopy)  
      H. Joseph Hameline, Esq. (via telecopy)  
      Brian Must, Esq. (via telecopy)  
      Kara Kantor Lewis, Esq.

65 Livingston Avenue | Roseland New Jersey 07068-1791 |  | Telephone 973.597.2500  Fax 973.597.2400 | www.lowenstein.com