UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICRO-STAMPING CORPORATION
    Plaintiff

V.   CIVIL NO. 03-12424 PBS

INTEGEN, INC.
SECURITY SOURCE, INC.
AUER PRECISION STAMPING, INC.
    Defendants

**ORDER**

**DIRECTING THE PARTIES TO FILE A STIPULATION OF DISMISSAL**

March 8, 2004

ALEXANDER, M. J.

    In that this Court has been advised by counsel on February 20, 2004, that the parties have reached a settlement, the parties are hereby directed to file a Stipulation of Dismissal with the Clerk's Office no later than April 20, 2004.

**SO ORDERED**.

    /S/ Joyce London Alexander
    United States Magistrate Judge