UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FILED
IN CLERKS OFFICE
2004 JUN 21 P 2: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.
```

| | |
|---|---|
| MICRO-STAMPING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEGEN, INC., SECURITY SOURCE, INC., AND AUER PRECISION STAMPING, INC.,<br><br>Defendants. | CIVIL NO. 1:03-cv-12424-PBS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Under Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Micro-Stamping Corporation and Defendants Integen, Inc., Security Source, Inc., and Auer Precision Stamping, Inc., by their attorneys, hereby stipulate to dismiss this action with prejudice, with each party to bear its own fees and costs and all rights of appeal waived.

Respectfully submitted,

| MICRO-STAMPING CORPORATION | INTEGEN, INC. |
|---|---|
| /s/ Gavin J. Rooney<br>Gavin J. Rooney<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>(973) 597-2472 | /s/ John H. Perten<br>John H. Perten, BBO#<br>Bowditch & Dewey, LLP<br>161 Worcester Road, P.O. Box 9320<br>Framingham, MA 01701<br>(508) 416-2408 |
| SECURITY SOURCE, INC.<br><br>Patrick T. Clendenen (JHP)<br>H. Joseph Hameline, BBO# 218710<br>Patrick T. Clendenen, BBO# 564165<br>Mintz, Levin, Cohn, Ferris, Glovksy<br>and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000 | AUER PRECISION STAMPING, INC.<br><br>Brian Must (JHP)<br>Brian Must<br>Metz Lewis LLC<br>11 Stanwix Street, 18th Floor<br>Pittsburgh, PA 15222<br>(412) 918-1100<br><br>Dated: 6/18, 2004 |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and accurate copy of STIPULATION OF DISMISSAL WITH PREJUDICE was served by first class mail, postage prepaid, to the following counsel of record:

Gavin J. Rooney, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

And

H. Joseph Hameline
Patrick T. Clendenen
Mintz, Levin, Cohn, Ferris, Glovksy and Popeo, P.C.
One Financial Center
Boston, MA 02111

And

Brian Must, Esq.
Metz Lewis, LLC
11 Stanwick Street, 18th Floor
Pittsburgh, PA 15222

_____
John H. Perten

Date: June 18, 2004

{J:\CLIENTS\lit\300656\0002\F0257442.DOC;2}